Bridgit Cowan
*(your name)*
727 Vaughn South Frontage Rd.
*(your street address)*
Great Falls, MT 59404
*(city, state, zip code)*
406-590-6195
*(your phone number)*
**Plaintiff Pro Se**

FILED
JUN 11 2025
[County] Court Clerk
DEPUTY

MONTANA ___9th___ JUDICIAL DISTRICT COURT,
*(number of district in which your county is located)*
___Cascade___ COUNTY
*(name of your county)*

Bridgit Cowan,
      Plaintiff,

vs.

West Elementary School,
      Defendant.

Your Cause No. DV-25-191

**Complaint**

COMES NOW the Plaintiff, Bridgit Cowan, respectfully states the following:

1. Sexually ~~Inn~~ Harassment - Verbal/Physical

2. ~~Verbal/Physical~~ t Bc Denial of Documentation

3. Violation of an ~~PPE~~ IEP - Provide accomodations that didn't happen

Complaint
December 27, 2010

Page 1

2

4. _____

5. _____

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. A summary judgement in favor for the plaintiff for the sexually harassment and violation of IEP ~~IDEA~~

2. An injunction to prevent this doesn't happen again to other kids.

3. _____

_Buy H cc_
(Your signature)
Bridgit Cowan
(Print your name)
5-15-25
(Date)

Complaint
December 27, 2010

Page 2

UNITED STATES DISTRICT COURT Cascade

DISTRICT OF MONTANA 19th

06/11/25

Case No. DDZ_25_0191



Bridgit Cowan, as parent and legal guardian of Araya Kaupang, a minor,

Plaintiff,

v.

West Elementary School; Lindsey Stulk and Staff,

Defendants.

---

DISTRICT COURT BRIEFING AND CIVIL RIGHTS VIOLATION COMPLAINT

I. CONTACT INFORMATION

Plaintiff:

Bridgit Cowan

727 Vaughn South, Frontage Road

Great Falls, MT 59404

Phone: 406-590-6195

UNITED STATES DISTRICT COURT - DISTRICT OF MONTANA

Defendants:

West Elementary School

1205 1st Avenue NW

Great Falls, MT 59404

Lindsey Stulk and Staff

West Elementary School

1205 1st Avenue NW

Great Falls, MT 59404

II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1331 as this matter involves federal questions arising under:

- Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681),

- The Individuals with Disabilities Education Act (IDEA),

- Section 504 of the Rehabilitation Act of 1973,

- The Family Educational Rights and Privacy Act (FERPA),

- The Civil Rights Act (42 U.S.C. § 1983), and

- The Americans with Disabilities Act (ADA).

Venue is proper pursuant to 28 U.S.C. § 1391, as the events giving rise to this complaint occurred in Great Falls, Montana.

III. STATEMENT OF FACTS

1. Araya Kaupang attended West Elementary School from kindergarten through third grade, concluding in 2025.

2. During her enrollment, Araya was subjected to repeated incidents of sexual harassment, both verbal and physical, including at least two incidents where she was inappropriately touched on the buttocks by other students.

3. After reporting these incidents, Araya was unjustly removed from a classroom where she was thriving and placed elsewhere, as though she were being punished for being the victim.

4. Araya had an active Individualized Education Program (IEP), which required specific accommodations. Defendants failed to properly implement this IEP in violation of federal law.

5. Plaintiff repeatedly requested documentation and incident reports but was denied access. Instead, the school suggested informal meetings and attempted to delay or avoid transparency.

6. The school only attempted to address the issues once it became clear legal consequences could follow. By then, the emotional and educational damage had already been done.

7. Araya is now without a local school. The nearest alternative is at least 15 minutes away, isolating her from her peers and educational support. She has no friends her age to play with, and her academic and emotional health have regressed.

8. Despite being told that we wanted no further contact, the school continues to send mail, emails, and make phone calls, causing ongoing emotional distress.

9. Plaintiff, a disabled single mother, has had to act as Araya's mother, father, support system, advocate, educator, and emotional healer without assistance or support, resulting in severe emotional stress and financial hardship.

IV. LEGAL CLAIMS

UNITED STATES DISTRICT COURT - DISTRICT OF MONTANA

Count I: Title IX Violation (20 U.S.C. § 1681)

Defendants were deliberately indifferent to sexual harassment that Araya endured at school. This conduct created a hostile educational environment and the school failed to protect her or take prompt, appropriate action.

Count II: Violation of the Individuals with Disabilities Education Act (IDEA)

Defendants failed to provide Araya with a Free Appropriate Public Education (FAPE) as required under the IDEA, particularly when they failed to implement her IEP and moved her from a supportive class without justification.

Count III: Section 504 of the Rehabilitation Act (29 U.S.C. § 794)

Defendants discriminated against Araya on the basis of her disability by failing to make reasonable accommodations and provide equal access to education.

Count IV: Violation of the Family Educational Rights and Privacy Act (FERPA)

Defendants unlawfully denied access to Araya's educational records and incident reports, in violation of the rights afforded to parents under FERPA.

Count V: Civil Rights Violation (42 U.S.C. § 1983)

Defendants, under color of state law, deprived Araya and her mother of federally protected rights including the right to an education free from discrimination and retaliation.

Count VI: Americans with Disabilities Act (ADA) Violation

By failing to accommodate Plaintiff's disability and creating unnecessary obstacles to participation

and advocacy, Defendants violated the ADA.

V. DAMAGES AND RELIEF REQUESTED

The emotional, educational, and social damage caused to Araya Kaupang, and the psychological and financial toll placed upon her family, demand redress. Therefore, Plaintiff respectfully requests that this Court:

1. Declare that Defendants violated Araya's and Plaintiff's federal rights under the laws cited above.

2. Award compensatory damages for:

   - Emotional distress and psychological harm to Araya,

   - Academic setbacks,

   - Emotional trauma and exhaustion suffered by Plaintiff as a result of being forced to act as the sole caregiver and advocate under hostile conditions.

3. Require Defendants to:

   - Fund independent trauma-informed therapy and tutoring for Araya,

   - Provide complete access to all educational and incident records,

   - Cease all unwanted contact with Plaintiff and Araya,

   - Implement training and oversight procedures to prevent future occurrences.

4. Award monetary damages sufficient to enable the family to relocate and access a safe, supportive school environment.

5. Any further relief this Court deems just and proper.

Respectfully submitted,

UNITED STATES DISTRICT COURT - DISTRICT OF MONTANA

Bridgit Cowan

Plaintiff, Pro Se

727 Vaughn South, Frontage Road

Great Falls, MT 59404

Phone: 406-590-6195

Outlook

**Fwd:**

From Bridgit Cowan <bridgitgranger89@gmail.com>
Date Wed 5/14/2025 8:13 PM
To  Elisha Madden <elisham@manyriverswh.org>

---

This notice was automatically added to this email because it is coming from outside Many Rivers Whole Health's domain, even if the sender's address seems to be from @center4mh.org or @manyriverswh.org. If the sender is alleging to be a MRWH employee or has an outside email address, at a minimum, please take these precautions.
- **Do not click on anything in an unsolicited email or text message.**
- **Do not forward or reply to the email.**
- **Verify, using means outside of the email, to confirm the request is legitimate.**
If there are any questions or concerns, please contact the Helpdesk. 791-9593 or email helpdesk@manyriverswh.org

---

Original Message:

On Fri, Apr 25, 2025, 2:44 PM Daneen Pate <daneen_pate@gfps.k12.mt.us> wrote:
> Bridgit,
> We do not keep a file of every student here at the District Offices. Each student's cumulative file resides at the individual schools. If you are requesting copies of the file, you will need to contact West Elementary directly. The only thing I would be able to give you is a printout of her grades for the years she has attended.
>
> *Daneen Pate*
> Admin. Assistant to Executive Directors
>
> Great Falls Public Schools
>
> Great Falls, Montana
>
> (406) 268-6006

**From:** Bridgit Cowan <bridgitgranger89@gmail.com>
**Sent:** Friday, April 25, 2025 2:24 PM
**To:** Daneen Pate <daneen_pate@gfps.k12.mt.us>
**Subject:**

## Outlook

**Fwd: Araya Kaupang**

From Bridgit Cowan <bridgitgranger89@gmail.com>
Date Tue 6/3/2025 2:44 PM
To   Elisha Madden <elisham@manyriverswh.org>

---

This notice was automatically added to this email because it is coming from outside Many Rivers Whole Health's domain, even if the sender's address seems to be from @center4mh.org or @manyriverswh.org. If the sender is alleging to be a MRWH employee or has an outside email address, at a minimum, please take these precautions.
- **Do not click on anything in an unsolicited email or text message.**
- **Do not forward or reply to the email.**
- **Verify, using means outside of the email, to confirm the request is legitimate.**
If there are any questions or concerns, please contact the Helpdesk. 791-9593 or email helpdesk@manyriverswh.org

---

Original Message:


---------- Forwarded message ---------
From: **Daneen Pate** <daneen_pate@gfps.k12.mt.us>
Date: Fri, Apr 25, 2025, 12:21 PM
Subject: Araya Kaupang
To: bridgitgranger89@gmail.com <bridgitgranger89@gmail.com>


Good Morning,
Unfortunately, we do not take request for student records through a random email. We have no proof of who you are, your relationship to the student etc.

If you need records, you will need to come to our district offices with your photo id, and proof of your relationship to the student (i.e. birth certificate, parenting plan etc.) If a certain entity is needing the student records, they would need to send us a request on their legal letterhead along with a signed release from the parents.

Our offices are open M-F from 8am-5pm, we are located at 1100 4th St S. in the Assistant Superintendent's office. If you have any questions, please feel free to contact me at the number below. Thank you

Lyndsey Stulc
West Elementary Principal

---

**From:** Bridgit Cowan <bridgitgranger89@gmail.com>
**Sent:** Wednesday, April 23, 2025 9:30 PM
**To:** Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us>
**Cc:** Kerri Miller <kerri_miller@gfps.k12.mt.us>
**Subject:** Re: AK records

Ugh I meant more like incident reports like my call of complains ect over the years

On Wed, Apr 23, 2025, 11:49 AM Bridgit Cowan <bridgitgranger89@gmail.com> wrote:

> Martin Lee Green will be picking them up thanks you
>
>> On Wed, Apr 23, 2025, 11:17 AM Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us> wrote:
>> As requested on our website, your requested permanent records are in the office and available for pick up.
>>
>> Lyndsey Stulc
>> West Elementary Principal

Lyndsey Stulc
West Elementary Principal



   
# AK records  Inbox





**Lyndsey Stulc** Apr 23

As requested on our website, your requested permanent records are in the office and



**Bridgit Cow...** 2 days ago

to Lyndsey, Kerri ⌄

 

Martin Lee Green will be picking them up thanks you


Hide quoted text


On Wed, Apr 23, 2025, 11:17 AM Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us> wrote:

> As requested on our website, your requested permanent records are in the office and available for pick up.

---------- Forwarded message ---------
From: **Bridgit Cowan** <bridgitgranger89@gmail.com>
Date: Thu, Apr 24, 2025, 10:43 PM
Subject: Re: AK records
To: Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us>
Cc: Kerri Miller <kerri_miller@gfps.k12.mt.us>

So legally aren't the incidents I've called about supposed to be documented? If so where do I get them? Cause there should be atleast four just sexual enuendo that we reported. When I asked Araya why she didn't tell anyone about other inappropriate incidents she said what's the point.So first incident that was reported was kindergarten with Kaden talking about how his girlfriend kisses his nuts second one reported was in second and it was Charles spanking her but..then you pulled her out put her another class an her but was again smanked by Kade then the last two issues with maximus?? Where do I get those reports?

On Thu, Apr 24, 2025, 1:16 PM Bridgit Cowan <bridgitgranger89@gmail.com> wrote:

> There's no resolving this , unless it's in court

On Thu, Apr 24, 2025, 1:14 PM Bridgit Cowan <bridgitgranger89@gmail.com> wrote:

> Well declined because of it should offered when physical incident was reported or the many others it's to late for that...there were no options until you knew I was holding people accountable..records of my calls what they entailed from verbal , physical,bullying. Never once were we offered anything to help the situation other then Araya being pulled out of a class when she was the victim 4 complaints pulled out of two classes when none was her fault. This last time solution brought up was moving her to Vaughn.So records of my care an concerns that's what I need.An when I brought up title 9 you basically said it wasn't happening..how do you go off title 9 when there were so many Incidents.I won't have anything to do with that school no meeting because this has caused so much hell.Past that point if there's no records just say so...I'm taking a different route ...When I said I wasn't going to stop till things were right I meant it.

On Thu, Apr 24, 2025, 11:36 AM Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us> wrote:

> Hi Bridgit, I'm sorry for the misunderstanding. We provided her permanent records, as we do with all students no longer attending. It would be helpful if we could set up a meeting and see what documentation you are seeking, and what we can provide. We could also discuss the possibility of Homebound Special Education services and the interviews for a Title IX investigation previously requested by you. You have declined meetings, phone calls, and interviews in the past, but we would still be happy to meet to see how we can resolve these issues.

 Outlook

## Fwd: AK records

From Bridgit Cowan <bridgitgranger89@gmail.com>
Date Wed 5/14/2025 8:11 PM
To   Elisha Madden <elisham@manyriverswh.org>

---

This notice was automatically added to this email because it is coming from outside Many Rivers Whole Health's domain, even if the sender's address seems to be from @center4mh.org or @manyriverswh.org. If the sender is alleging to be a MRWH employee or has an outside email address, at a minimum, please take these precautions.
- **Do not click on anything in an unsolicited email or text message.**
- **Do not forward or reply to the email.**
- **Verify, using means outside of the email, to confirm the request is legitimate.**
If there are any questions or concerns, please contact the Helpdesk. 791-9593 or email helpdesk@manyriverswh.org

---

Original Message:

On Mon, Apr 28, 2025, 12:45 PM Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us> wrote:
> Thank you Bridgit. We look forward to hearing from you regarding Araya's IEP next week. My understanding is the case manager will be calling you on the 30th for a meeting by phone.
>
> Lyndsey Stulc
> West Elementary Principal

From: Bridgit Cowan <bridgitgranger89@gmail.com>
Sent: Friday, April 25, 2025 1:55 PM
To: Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us>
Subject: Fwd: AK records

I believe at this point leaving stuff alone will be best for Araya an my mental health. I will reach out for IEP meeting ect by late next week. I think my point was made. As far as the whole situation goes.

*Daneen Pate*

Admin. Assistant to Executive Directors

Great Falls Public Schools

Great Falls, Montana

(406) 268-6006

**From:** Bridgit Cowan <bridgitgranger89@gmail.com>
**Sent:** Monday, April 21, 2025 11:24 AM
**To:** central reception <info@gfps.k12.mt.us>
**Subject:** Araya Kaupang

I will need all records, documentation for Araya Kaupang..everything since kindergarten please thank you. I can have someone pick it up or you can send in mail or email

**Outlook**

---

**Fwd: Araya Kaupang**

---

From  Bridgit Cowan <bridgitgranger89@gmail.com>
Date  Tue 6/3/2025 2:38 PM
To    Elisha Madden <elisham@manyriverswh.org>

---

This notice was automatically added to this email because it is coming from outside Many Rivers Whole Health's domain, even if the sender's address seems to be from @center4mh.org or @manyriverswh.org. If the sender is alleging to be a MRWH employee or has an outside email address, at a minimum, please take these precautions.
- **Do not click on anything in an unsolicited email or text message.**
- **Do not forward or reply to the email.**
- **Verify, using means outside of the email, to confirm the request is legitimate.**
If there are any questions or concerns, please contact the Helpdesk. 791-9593 or email helpdesk@manyriverswh.org

---

Original Message:

---------- Forwarded message ---------
From: **Bridgit Cowan** <bridgitgranger89@gmail.com>
Date: Tue, May 27, 2025, 4:15 PM
Subject: Araya Kaupang
To: Lyndsey Stulc <lyndsey_stulc@gfps.k12.mt.us>


We will not be attending IEP meeting due to violation of Arayas rights including IEP violation an mental health thanks Bridgit Cowan